

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ABATEMENT ORDER

Appellate case name: Leslie R. Pogue and Jeanette I. Pogue v. Elizabeth A. Williamson

Appellate case number: 01-17-00844-CV

Trial court case number: 2012-56353

Trial court: 164th District Court of Harris County

After submitting the brief for appellee Elizabeth A. Williamson, counsel for appellee notified this court that Williamson died. In a series of written communications, this court requested written proof that appellee's counsel had authority to act on behalf of the estate of Elizabeth A. Williamson. In a response, counsel explained that Williamson's will appointed her daughter, Michelle Lynn Day, to serve as the independent executor of her estate, and that Day is in the process of retaining probate counsel to handle the probate of Williamson's will. Counsel estimates that retaining probate counsel and obtaining authority to act on behalf of Williamson's estate should take approximately three to four months.

Because of our obligation to ensure that those purporting to represent deceased parties have the requisite authority to do so, *Murphy v. Murphy*, 21 S.W.3d 797, 798 (Tex. App.—Houston [1st Dist.] 2000, no pet.), this appeal is ABATED until appellee's attorney provides this court sufficient written proof that she has authority to act on behalf of the estate of Elizabeth A. Williamson, or until otherwise ordered by this court. Further, appellee's attorney shall provide this court with a status report on July 15, 2019 and on the 15th of each month thereafter, updating this court on the progress made towards securing that authority. Upon a showing that authority has been secured, this court will lift the abatement and notice this case for submission.

It is so ORDERED.

Judge's signature: _____*Richard Hightower*_____
     ☒ Acting individually ☐ Acting for the Court

Date: __May 21, 2019__